IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § | 1:13-CR-010-P |
| | § § | |
| GARY G. PETERSON (1) | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate regarding the prison term of 36 months and the 1 year term of re-imposed Supervised Release.

SO ORDERED this ___16th___ day of ~~February~~ March, 2016.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE